IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES ISELEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 02 - 2123 |
| | ) Judge Alan N. Bloch / |
| ROBERT BITNER; JEFFREY BEARD; | ) Magistrate Judge Lisa Pupo Lenihan |
| RICHARD ROE; JEFFREY JOE; B. L. LANE; | ) |
| FRANK GILLIS; R. E. JOHNSON; MEDON; | ) |
| D. MCMAHON; KENNETH KYLER; | ) Doc. Nos. 119 & 125 |
| J. L. GRACE; R. M. LAWLER; RAYMOND | ) |
| COLLERAN; EDWARD BIESLAWSKI; | ) |
| PAUL DELROSSO; RONALD RICHARD; | ) |
| BOOTH; JOHN DOE; MICHAEL MOE; | ) |
| PETER POE; HARRIET HOE; WILLIAM | ) |
| STICKMAN; DAN DAVIS; SHARON | ) |
| DELETTO; MARK CAPOZZA; KENNETH | ) |
| MILLER; KENT WARMAN; F. BARNES; | ) |
| M. MAHLMEISTER; M. SMITH; D. DAY; | ) |
| B. MARTIN; C. HARRIS; MCCOMBIE; | ) |
| GUMBAREVIC; GUYTON; ESMOND; | ) |
| R. WORKMAN; B. WRIGHT; BLAKE; | ) |
| BRIAN HYDE; JOEL DICKSON; NEAL | ) |
| MECHLING; CAROL SCIRE; DAVID | ) |
| GOOD; DEBRA SAVERS; PAULA TEETER; | ) |
| FRANK NEDWIDEK; CHARLES SHANE; | ) |
| RONALD BLANDFORD; GARRY GALLUCCI; | ) |
| REBECCA KESSLER; SHELLEY MANKEY; | ) |
| and MARLENE STEWART, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff's complaint was received by the Clerk of Court on December 11, 2002,

and was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings

in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was transferred to Magistrate Judge Lisa Pupo Lenihan on April 13, 2004.

Plaintiff filed a Motion for Preliminary Injunction (Doc. No. 119) on December 27, 2005 and a Motion for Immediate Emergency Rule 65(b) Temporary Restraining Order (Doc. No. 125) on January 18, 2006. The Magistrate Judge's Report and Recommendation (Doc. No. 131) filed February 9, 2006, recommended that both motions be denied. The Plaintiff was served at SCI Fayette, Box 9999, LaBelle, PA 15450, and on counsel for the Defendants. The parties were advised they were allowed ten (10) days from the date of service to file written objections to the report and recommendation. Plaintiff filed Objections to the Report and Recommendation (Doc. No. 134) on February 27, 2006. After review of the pleadings and documents in the case, together with the report and recommendation and the objections thereto, the following order is entered:

AND NOW, this $\cancel{14}$ day of March, 2006;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. No. 119) on December 27, 2006 is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Immediate Emergency Rule 65(b) Temporary Restraining Order (Doc. No. 125) on January 18, 2006 is hereby **DENIED.**

2

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No.

131) of Magistrate Judge Lenihan filed on February 9, 2006 is adopted as the opinion of this

Court.

Alan N. Bloch
United States District Judge

cc:       CHARLES ISELEY
          AM-9320
          SCI Fayette
          Box 9999
          LaBelle, PA 15450-0999

          Robert S. Englesberg
          Office of Attorney General
          Fifth Floor, Manor Complex
          564 Forbes Avenue
          Pittsburgh, PA 15219

          Charles T. Roessing
          A. Tracey Campbell
          David Zaslow
          White & Williams
          1500 Lancaster Avenue
          Paoli, PA 19301